PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 570-4809
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN SCOTT LASTER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-01332-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER** |

Stipulation; [Proposed] Order
1:22-cv-01332-BAM

1

1  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                  Respectfully submitted,

Dated: May 15, 2023            LAW OFFICES OF FRANCESCO BENAVIDES

                                  By:*/s/ Francesco Benavides**
                                     FRANCESCO BENAVIDES
                                     Attorneys for Plaintiff
                                     [*As authorized by e-mail on May 12, 2023]

Dated: May 20, 2023            PHILLIP A. TALBERT
                                  United States Attorney

                                  By: */s/ Margaret Branick-Abilla*
                                     MARGARET BRANICK-ABILLA
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.  The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **May 20, 2023**                         /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE